■ John H. Babigan, Appellant, v Sol Wachtler et al., Respondents, and Robert Abrams, Intervenor-Respondent.— Judgment, Supreme Court, New York County (Kenneth Shorter, J.), entered on September 16, 1986, unanimously affirmed, without costs and without disbursements, and this

court *sua sponte* grants leave to appeal to the Court of Appeals, as indicated. No opinion. Concur—Kupferman, J. P., Sullivan, Kassal and Wallach, JJ. *[See,* 133 Misc 2d 111.]